# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL Elektromedizinische Geräte Ges.m.b.H. and MED-EL Corporation, USA, | ) ) ) ) ) ) |
| Plaintiffs, | ) C.A. No. _____ ) |
| v. | ) ) |
| Advanced Bionics, L.L.C., | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) |

## ORIGINAL COMPLAINT

Plaintiffs MED-EL Elektromedizinische Geräte Ges.m.b.H and MED-EL Corporation, USA (collectively, "MED-EL" or "Plaintiffs"), as and for their complaint against Defendant Advanced Bionics LLC ("Advanced Bionics" or "Defendant"), alleges as follows:

## THE PARTIES

1. Plaintiff MED-EL Elektromedizinische Geräte Ges.m.b.H is a corporation organized under the laws of Austria having a primary place of business at Fürstenweg 77a, 6020 Innsbruck, Austria.

2. Plaintiff MED-EL Corporation, USA is a corporation organized under the laws of Massachusetts, having a primary place of business at 2645 Meridian Parkway | Durham, North Carolina 27713, and is a wholly-owned subsidiary of Plaintiff MED-EL Elektromedizinische Geräte Ges.m.b.H.

3. Upon information and belief, Defendant Advanced Bionics, L.L.C. is a limited liability company organized under the laws of Delaware having a principal place of business at 28515 Westinghouse Place, Valencia, CA 91355.

## JURISDICTION AND VENUE

4. MED-EL bring this action for patent infringement under the patent laws of the United States, 35 U.S.C. § 271 *et seq.* This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b).

6. This Court has personal jurisdiction over Advanced Bionics by virtue of the fact that Advanced Bionics is organized under the laws of Delaware.

## FACTUAL BACKGROUND

7. MED-EL Elektromedizinische Geräte Ges.m.b.H is the owner of U.S. Patent No. RE46,057 (the '057 Patent) entitled "Reducing Effect of Magnetic and Electromagnetic Fields on an Implant's Magnet and/or Electronics," that lawfully issued on July 5, 2016. MED-EL Corporation, USA is a licensee of said patent.

8. MED-EL Elektromedizinische Geräte Ges.m.b.H is the owner of U.S. Patent No. 8,634,909 (the '909 Patent"), entitled "MRI-Safe Disc Magnet for Implants," that lawfully issued on January 21, 2014. MED-EL Corporation, USA is a licensee of said patent.

9. A true and correct copy of the '057 Patent is attached as Exhibit A hereto.

10. A true and correct copy of the '909 Patent is attached as Exhibit B hereto.

11. The '057 Patent has not expired and is in full force and effect.

12. The '909 Patent has not expired and is in full force and effect.

13.     Advanced Bionics has made, used, sold, or offered to sell in the United States, or imported into the United States, at least the HiRes Ultra 3D Cochlear Implant sold with Cochlear's external headpiece for use with said implant (the "Accused Products").

14.     MED-EL and Advanced Bionics are direct competitors for sales of cochlear implants, including cochlear implants falling within the scope of the '057 Patent and '909 Patent.

15.     Advanced Bionics has been on notice of the '057 Patent and '909 Patent since at least as early as September 27, 2018 by virtue of communications between counsel for MED-EL and Advanced bionics.

## COUNT I
### (INFRINGEMENT OF U.S. PATENT NO. RE46,057)

16.     MED-EL incorporate paragraphs 1-15 above by reference.

17.     Advanced Bionics has made, used, sold, offered to sell, or imported at least the Accused Products, which include each and every element of at least Claim 19 of the '057 Patent and therefore Advanced Bionics directly infringes at least Claim 19 of the '057 Patent in violation of 35 U.S.C § 271(a).

18.     For example, Claim 19 of the '057 Patent recites:

A hearing implant system comprising:

an external portion for placement on the skin of a user and including:

    i. a transmitting coil for transcutaneous transmission of a communication signal, and

    ii. an external holding magnet within the transmitting coil;

an implantable portion including an implant housing containing:

    i. a receiving coil for transcutaneous reception of the communication signal from the transmitting coil, and

    ii. a cylindrical-shape implant holding magnet having a rotational cylinder axis and adapted to be freely turnable within the implant housing around the rotational cylinder axis in response to an external magnetic field;

wherein the implant holding magnet and the external holding magnet magnetically cooperate to maintain the external portion in a fixed position on the skin relative to the implantable portion so as to promote electromagnetic coupling between the transmitting coil and the receiving coil.

19. Advanced Bionics' Accused Products comprise cochlear implants with an implantable magnet that can freely turn in response to an external magnetic field. *See* https://advancedbionics.com/us/en/home/professionals/hires-ultra-3d-cochlear-implant.html.

20. The Accused Products comprise an external portion for placement on the skin of a user that includes a transmitting coil for transcutaneous transmission of a communication signal, and an external holding magnet within the transmitting coil. Cochlear implants have an external portion for placement on the skin, with a transmitting coil for transcutaneous transmission of a communication signal, and an external holding magnet within the transmitting coil. See, *id.* (including video showing external portion)*;* https://advancedbionics.com/us/en/home/about-cochlear-implants/what-is-a-cochlear-implant-system.html; https://en.wikipedia.org/wiki/Cochlear_implant.

21. The Accused Products comprise implantable portion including an implant housing, the housing containing a receiving coil for transcutaneous reception of the communication signal from the transmitting coil, and a cylindrical-shape implant holding magnet having a rotational cylinder axis and adapted to be freely turnable within the implant housing around the rotational cylinder axis in response to an external magnetic field. *See* https://advancedbionics.com/us/en/home/professionals/hires-ultra-3d-cochlear-implant.html (including video, "align to the strong MRI Field");

https://advancedbionics.com/content/dam/advancedbionics/Documents/Regional/US/Professionals/hires-ultra-3d-tech-specs.pdf.

22. In the Accused Products, the implant holding magnet and the external holding magnet magnetically cooperate to maintain the external portion in a fixed position on the skin relative to the implantable portion so as to promote electromagnetic coupling between the transmitting coil and the receiving coil.  *See* https://advancedbionics.com/us/en/home/professionals/hires-ultra-3d-cochlear-implant.html (including video, "Headpiece magnet aligned for optimal retention"; "The internal magnets align to the headpiece magnet"; "Keeps the magnets aligned and maintains retention").

23. Advanced Bionics' infringement of the '057 Patent has been egregious. Advanced Bionics knew of the patent and knew of its alleged infringement, and willfully continued its infringing activity despite such knowledge.

24. Advanced Bionics may have infringed the '057 Patent through other cochlear implants utilizing the same or reasonably similar functionality, including other versions of its HiRes Ultra 3D Cochlear Implant sold with Advanced Bionics' external headpieces for use with said implants.  MED-EL reserve the right to discover and pursue all such additional infringing cochlear implants.  For the avoidance of doubt, the HiRes Ultra 3D Cochlear Implant is identified for exemplary purposes and in no way limits the discovery and infringement allegations against Advanced Bionics concerning other cochlear implants that incorporate the same or reasonably similar functionality.

25. MED-EL have been damaged, reparably and irreparably, by Advanced Bionics' infringement of the '057 Patent and such damage will continue unless and until Advanced Bionics is enjoined.

## **COUNT II**
(INFRINGEMENT OF U.S. PATENT NO. 8,634,909)

26. MED-EL incorporate paragraphs 1-25 above by reference.

27. Advanced Bionics has made, used, sold, offered to sell, or imported at least the Accused Products, which include each and every element of at least Claim 1 of the '909 Patent and therefore Advanced Bionics directly infringes at least Claim 1 of the '909 Patent in violation of 35 U.S.C § 271(a).

28. For example, Claim 1 of the '909 Patent recites:

An implantable system for a recipient patient, the implantable system comprising:

a coil housing configured to be implanted under the patient's skin, the coil housing having a planar outer surface configured to lie parallel to the patient's skin and containing a signal coil for transcutaneous communication of an implant communication signal; and

a planar disc shaped first attachment magnet within the coil housing, the first attachment magnet adapted to be rotatable therein, having a magnetic dipole moment oriented across a diameter of the first attachment magnet, and configured within the coil housing such that the magnetic dipole moment remains substantially parallel to the planar outer surface of the coil housing when the first attachment magnet rotates for transcutaneous magnetic interaction with a corresponding second attachment magnet.

29. The Accused Products are cochlear implants for a patient. See https://advancedbionics.com/us/en/home/professionals/hires-ultra-3d-cochlear-implant.html; https://advancedbionics.com/us/en/home/about-cochlear-implants/what-is-a-cochlear-implant-system.html; https://en.wikipedia.org/wiki/Cochlear_implant.

30. The Accused Products comprise a coil housing configured to be implanted under the patient's skin, the coil housing having a planar outer surface configured to lie parallel to the patient's skin and containing a signal coil for transcutaneous communication of an implant communication signal. *See id.*

31. The Accused Products have a planar disc shaped first attachment magnet within the coil housing, the first attachment magnet adapted to be rotatable therein, having a magnetic dipole moment oriented across a diameter of the first attachment magnet, and configured within the coil housing such that the magnetic dipole moment remains substantially parallel to the planar outer surface of the coil housing when the first attachment magnet rotates for transcutaneous magnetic interaction with a corresponding second attachment magnet. *See id.* (including video at https://advancedbionics.com/us/en/home/professionals/hires-ultra-3d-cochlear-implant.html, "Headpiece magnet aligned for optimal retention"; "The internal magnets align to the headpiece magnet"; "Keeps the magnets aligned and maintains retention"; see also Figure A below, from https://advancedbionics.com/us/en/home/professionals/hires-ultra-3d-cochlear-implant.html).

32. The referenced "magnets" form the "first attachment magnet."

33. The magnetic dipole moment of said magnet lies on a line from south to north pole, as shown in Fig. A below, which remains substantially parallel to the planar outer surface of the coil housing when the first attachment magnet rotates for transcutaneous magnetic interaction with a corresponding second attachment magnet. *Id.*



Figure A

34. Advanced Bionics' infringement of the '909 Patent has been egregious. Advanced Bionics knew of the patent and knew of its alleged infringement, and continued its infringing activities despite such knowledge.

35. Advanced Bionics may have infringed the '909 Patent through other cochlear implants utilizing the same or reasonably similar functionality, including other versions of its HiRes Ultra 3D Cochlear Implant sold with Advanced Bionics' external headpieces for use with said implants. MED-EL reserve the right to discover and pursue all such additional infringing cochlear implants. For the avoidance of doubt, the HiRes Ultra 3D Cochlear Implant is identified for exemplary purposes and in no way limits the discovery and infringement allegations against Advanced Bionics concerning other cochlear implants that incorporate the same or reasonably similar functionality.

36. MED-EL have been damaged, reparably and irreparably, by Advanced Bionics's infringement of the '909 Patent and such damage will continue unless and until Advanced Bionics is enjoined.

## PRAYER FOR RELIEF

MED-EL request that the Court enter judgment against Advanced Bionics as follows:

A. that Advanced Bionics has infringed the '057 and '909 Patents;

B. awarding MED-EL damages suffered as a result of Advanced Bionics's infringement of the '057 and '909 Patents pursuant to 35 U.S.C. § 284;

C. enjoining Advanced Bionics, its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries and parents, and all others acting in concert or privity with it from infringing the '057 and '909 Patents pursuant to 35 U.S.C. § 283;

  D. awarding MED-EL enhanced damages for willful infringement under 35 U.S.C. § 284;

  E. awarding MED-EL costs, attorneys' fees pursuant to 35 U.S.C. § 285 and otherwise, expenses and interest; and

  F. granting MED-EL such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

  MED-EL hereby demands trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38.

| | |
|---|---|
| OF COUNSEL: | /s/ *Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>Sara M. Metzler (#6509) |
| Kerry Timbers<br>SUNSTEIN KANN MURPHY &<br>TIMBERS LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 443-9292<br>ktimbers@sunsteinlaw.com | RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>cottrell@rlf.com<br>metzler@rlf.com |
| | *Attorneys for MED-EL Elektromedizinische Geräte Ges.m.b.H and MED-EL Corporation, USA* |

Dated: October 3, 2018