IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED BIONICS, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-1530-JDW |
| ADVANCED BIONICS, LLC ADVANCED BIONICS AG, and SONOVA AG<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION FOR LEAVE TO AMEND THE PLEADINGS**

Pursuant to Federal Rules of Civil Procedure 15(a) and 16 and to District of Delaware Local Rule 15.1, Plaintiffs and Counterclaim Defendants MED-EL Elektromedizinische Geräte Ges.m.b.H. and MED-EL Corporation, USA (collectively, "MED-EL") respectfully move for leave to amend MED-EL's Answer, Affirmative Defenses, and Counterclaims to Advanced Bionics, LLC's Answer and Defenses and Advanced Bionics, LLC, Advanced Bionics AG, and Sonova AG's (collectively, "AB") First Amended Counterclaims for the limited purpose of adding an affirmative defense of inequitable conduct during the prosecution of U.S. Patent No. 7,267,847

1

2

(the "Karamuk '847 Patent") and of adding a counterclaim for declaratory judgment of unenforceability of the Karamuk '847 Patent based on this inequitable conduct.

The grounds for this motion are set forth in MED-EL's Opening Brief in Support of Motion to Amend the Pleadings, filed contemporaneously herewith.

OF COUNSEL:

Kerry L. Timbers
Lisa M. Tittemore
Sharona H. Sternberg
Sunstein LLP
100 High Street
Boston, MA 02110
(617) 443-9292
ktimbers@sunsteinlaw.com
ltittemore@sunsteinlaw.com
ssternberg@sunsteinlaw.com

Dated:  September 29, 2020

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III  (#2555)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs/Counterclaim Defendants*