# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MED-EL ELEKTROMEDIZINISCHE GERATE GES.M.B.H.**, et al., | : Case No.   1:18-cv-01530-JDW |
| *Plaintiffs,* | : |
| v. | : |
| **ADVANCED BIONICS, LLC,** | : |
| *Defendant.* | : |

## ORDER

**AND NOW**, this 17th day of December, 2020, upon consideration of Defendant's Motion to Compel Discovery (D.I. 136), and following a conference call with counsel for the Parties, it is **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiffs shall complete their production to Defendant of the documents addressed in the Motion by December 30, 2020.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.