IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED BIONICS, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-1530-JDW |
| ADVANCED BIONICS, LLC<br>ADVANCED BIONICS AG, and<br>SONOVA AG<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION FOR PARTIAL STAYS**

Plaintiffs and Counterclaim Defendants MED-EL Elektromedizinische Geräte Ges.m.b.H. and MED-EL Corporation, USA (collectively, "MED-EL"), by and through their undersigned attorneys, respectfully move the Court for an Order for: a partial stay of this matter with respect to U.S. Patent No. 6,761,681 and U.S. Patent No. 8,155,747 pending potential appeals to the Federal Circuit of the Patent Trial and Appeal Board's ("PTAB") Final Written Decisions issued in connection with IPR2020-00176 and IPR2020-00190; and a partial stay of this matter with respect

to U.S. Patent No. 8,155,746 and U.S. Patent No. 7,267,847 pending the final resolutions of the pending *inter partes* review ("IPR") proceedings instituted against each of these patents currently before the PTAB, namely, IPR2020-01016, IPR2021-00023, and IPR2021-00044. If the partial stays are granted, MED-EL requests to move forward with the litigation with respect to the remaining patents-in-suit, asserted by both parties, that are not the subject of IPR proceedings, namely, U.S. Patent No. RE46,057, U.S. Patent No. 8,634,909, U.S. Patent No. 7,076,308, and U.S. Patent No. 8,270,647.

In accordance with Delaware Local Rule 7.1.1, the parties met and conferred regarding this matter on July 6, 2021, and Sonova/AB opposes this motion.

The grounds for this motion are set forth in MED-EL's Brief in Support of Motion for Partial Stays, filed contemporaneously herewith.

| OF COUNSEL: | /s/ Frederick L. Cottrell, III |
|---|---|
| | Frederick L. Cottrell, III  (#2555) |
| | Christine D. Haynes (#4697) |
| Kerry L. Timbers | Richards, Layton & Finger, P.A. |
| Lisa M. Tittemore | One Rodney Square |
| Sharona H. Sternberg | 920 North King Street |
| Sunstein LLP | Wilmington, DE 19801 |
| 100 High Street | (302) 651-7700 |
| Boston, MA 02110 | cottrell@rlf.com |
| (617) 443-9292 | haynes@rlf.com |
| ktimbers@sunsteinlaw.com | |
| ltittemore@sunsteinlaw.com | *Attorneys for Plaintiffs/Counterclaim Defendants* |
| ssternberg@sunsteinlaw.com | |

Dated:  July 8, 2021