IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED BIONICS, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1530-JDW |
| ADVANCED BIONICS, LLC ADVANCED BIONICS AG, and SONOVA AG<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

WHEREAS, Plaintiffs/Counterclaim Defendants having moved the Court for an Order for a partial stay of this matter with respect to U.S. Patent No. 6,761,681 and U.S. Patent No. 8,155,747 pending potential appeals to the Federal Circuit of the Patent Trial and Appeal Board's ("PTAB") Final Written Decisions issued in connection with IPR2020-00176 and IPR2020-00190, and a partial stay of this matter with respect to U.S. Patent No. 8,155,746, and U.S. Patent No. 7,267,847 pending the final resolutions of pending *inter partes* review ("IPR") proceedings

instituted against each of these patents currently before the Patent Trial and Appeal Board, namely, IPR2020-00176, IPR2020-00190, IPR2020-01016, IPR2021-00023, and IPR2021-00044 (the "Motion"), and

WHEREAS, the Court having considered the Motion and any submissions related thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2021, that:

1. The Motion is GRANTED; and

2. The above-captioned action is partially stayed with respect to U.S. Patent No. 6,761,681 and U.S. Patent No. 8,155,747 pending potential appeals to the Federal Circuit of the Patent Trial and Appeal Board's ("PTAB") Final Written Decisions issued in connection with IPR2020-00176 and IPR2020-00190 and with respect to U.S. Patent No. 8,155,746, and U.S. Patent No. 7,267,847 pending the final resolutions of pending *inter partes* review ("IPR") proceedings instituted against each of these patents currently before the Patent Trial and Appeal Board, namely, IPR2020-00176, IPR2020-00190, IPR2020-01016, IPR2021-00023, and IPR2021-00044

_____
U.S.D.J.