IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MED-EL ELEKTROMEDIZINISCHE GERATE GES.M.B.H., et al.,** | : :<br>: Case No. 1:18-cv-01530-JDW<br>: |
| *Plaintiffs,* | : : |
| v. | : : |
| **ADVANCED BIONICS, LLC,** | : : |
| *Defendant.* | : : |

# ORDER

**AND NOW**, this 15th day of September, 2021, upon consideration of Plaintiffs' Motion to Compel Discovery (D.I. 159), and following a telephone conference with counsel, and because the Court concludes that the requested information is relevant to Plaintiffs' damages analysis, it is **ORDERED** that the Motion is **GRANTED**, and Defendant and Counterclaim Plaintiffs shall produce the Third-Party Sales Information identified in Plaintiff's Motion by October 8, 2021.

It is **FURTHER ORDERED** that Section 15 of the Parties' Agreed Protective Order Regarding The Disclosure And Use Of Discovery Materials (D.I. 22) is **MODIFIED** as follows:

15. **FILING PROTECTED MATERIAL**

(a) Absent written permission from the Producing Party or a court Order secured after appropriate notice to all interested persons, a Receiving Party may not file or disclose in the public record any Protected Material.

(b) If any Party seeks to file with the Court any brief, document, or other material that is designated as Protected Material under this Protective Order, that Party must first seek leave from the Court to file such material under seal. Any such motion shall be made at the

same time that the material is filed with the Court. The Parties shall endeavor in good faith to avoid filing materials under seal whenever possible.

It is **FURTHER ORDERED** that if any Party has good cause as to why the Court should keep Plaintiffs' Motion to Compel Discovery (D.I. 159) and supporting exhibits under seal, that Party must file a motion to maintain the docket entries under seal by September 24, 2021.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.