IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MED-EL ELEKTROMEDIZINISCHE GERATE GES.M.B.H., et al.,** | : Case No. 1:18-cv-01530-JDW |
| *Plaintiffs,* | : |
| v. | : |
| **ADVANCED BIONICS, LLC,** | : |
| *Defendant.* | : |

# ORDER

**AND NOW**, this 30th day of September, 2021, upon consideration of Defendant Advanced Bionics, LLC's Motion To Compel Deposition (D.I. 165), and following a conference call with Counsel for the Parties, it is **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** as follows:

1. On or before October 15, 2021, the Parties shall submit a joint letter to the Court, updating the Court as to the status of their request for permission to depose Mr. Hochmair;

2. The Parties shall complete fact discovery on or before October 29, 2021;

3. Affirmative expert reports for claims not subject to a stay are due by November 12, 2021;

4. Rebuttal expert reports for claims not subject to a stay are due by December 17, 2021;

5. Reply expert reports for claims not subject to a stay are due by January 14, 2022;

6. The Parties shall complete all expert depositions for claims not subject to a stay on or before February 11, 2022;

7. The Parties shall update Judge Wolson on the status of settlement discussions via letter on February 25, 2022; and

8. Motions for summary judgment concerning claims not subject to a stay shall be filed on or before March 4, 2022.  Responses shall be filed on or before April 1, 2022.  Reply briefs shall be filed on or before April 15, 2022, and sur-replies shall be filed on or before April 22, 2022.  Motions for summary judgment and all related briefs shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.