IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Plaintiff*,<br><br>v.<br><br>ADVANCED BIONICS, LLC,<br><br>*Defendant*.<br><br>ADVANCED BIONICS, LLC, ADVANCED BIONICS AG, and SONOVA AG,<br><br>*Counterclaim Plaintiffs*,<br><br>v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Counterclaim Defendants*. | C.A. No. 18-1530-JDW |

**JOINT MOTION TO SEAL THE OPENING BRIEF, STATEMENT OF FACTS, AND CERTAIN EXHIBITS TO THE DECLARATION IN SUPPORT OF ADVANCED BIONICS'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs and Counterclaim Defendants MED-EL Elektromedizinische Geräte Ges.m.b.H. and MED-EL Corporation, USA (collectively, "MED-EL") and Defendant and Counterclaim Plaintiffs Advanced Bionics, LLC, Advanced Bionics AG, and Sonova AG (collectively, "Advanced Bionics"), respectfully jointly move this Court for an order granting leave to file under seal the Opening Brief, Statement of Facts, and Exhibits 5, 17, and 18 to the Declaration in Support of Advanced Bionics's Motion for Summary Judgment. These documents include MED-EL

{01788463;v1 }

confidential information. The grounds for this motion are set forth in MED-EL's brief in support of this motion.

WHEREFORE, MED-EL and Advanced Bionics respectfully request that the Court enter the enclosed and file Advanced Bionics's Opening Brief, Statement of Facts, and Exhibits 5, 17, and 18 to the Declaration in support of Advanced Bionics's Motion for Summary Judgment under seal.

| RICHARDS, LAYTON & FINGER, P.A | ASHBY & GEDDES |
|---|---|
| /s/ *Frederick L. Cottrell, III* | /s/ *Andrew C. Mayo* |
| Frederick L. Cottrell, III (#2555)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>haynes@rlf.com | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiffs/Counterclaim Defendants* | *Attorneys for Defendant/Counterclaim Plaintiffs* |

Dated: April 7, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA, <br><br> *Plaintiff*, <br><br> v. <br><br> ADVANCED BIONICS, LLC, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| ADVANCED BIONICS, LLC, ADVANCED BIONICS AG, and SONOVA AG, <br><br> *Counterclaim Plaintiffs*, <br><br> v. <br><br> MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA, <br><br> *Counterclaim Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 18-1530-JDW

**[PROPOSED] ORDER**

The Court, having considered the Joint Motion to Seal the Opening Brief, Statement of Facts, and Certain Exhibits to the Declaration in Support of Advanced Bionics's Motion for Summary Judgment (the "Motion"),

IT IS HEREBY ORDERED this ___ day of _____, 2022 that the Motion is GRANTED.  Leave is given for the Opening Brief, Statement of Facts, and Exhibits 5, 17, and

18 to the Declaration in Support of Advanced Bionic's Motion for Summary Judgment to be filed under seal.

_____
U.S.D.J.