IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ADVANCED BIONICS, LLC,<br><br>    *Defendant*.<br> | **REDACTED PUBLIC VERSION**<br><br><br><br>C.A. No. 18-1530-JDW |
| ADVANCED BIONICS, LLC, ADVANCED BIONICS AG, and SONOVA AG,<br><br>    *Counterclaim Plaintiffs*,<br><br>    v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>    *Counterclaim Defendants*. | |

**DECLARATION IN SUPPORT OF ADVANCED BIONICS'S OPPOSITION TO
MED-EL'S MOTION TO EXCLUDE
PORTIONS OF DR. GERALD R. POPELKA'S OPINIONS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Plaintiff*,<br><br>v.<br><br>ADVANCED BIONICS, LLC,<br><br>*Defendant*.<br><br>ADVANCED BIONICS, LLC, ADVANCED BIONICS AG, and SONOVA AG,<br><br>*Counterclaim Plaintiffs*,<br><br>v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Counterclaim Defendants*. | C.A. No. 18-1530-JDW |

**DECLARATION IN SUPPORT OF ADVANCED BIONICS'S OPPOSITION TO MED-EL'S MOTION TO EXCLUDE PORTIONS OF DR. GERALD R. POPELKA'S OPINIONS**

I, Greg Polins, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendant and Counterclaim Plaintiffs Advanced Bionics LLC, Advanced Bionics AG, and Sonova AG (collectively, "Advanced Bionics") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of

Advanced Bionics's Opposition to MED-EL's Motion to Exclude Portions of Dr. Gerald R. Popelka's Opinions. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the November 11, 2021 Expert Report of Gerald R. Popelka, Ph.D.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the December 16, 2021 Expert Rebuttal Report of Gerald R. Popelka, Ph.D. This exhibit contains MED-EL confidential information.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the February 7, 2022 deposition of Emanuel Kanal, M.D.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the December 17, 2021 Rebuttal Expert Report of David L. Trumper.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the document MED-EL Fitting Guide for TEMPO+, OPUS 1, OUS 2, RONDO and DUET 2 with MAESTRO 4.1, with a starting Bates number of MEDEL-0063483.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Cochlear Implants *Audiologic Management and Considerations for Implantable Hearing Devices*, with a starting Bates number of AB00083431.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on April 29, 2022 in Chicago, Illinois.

                                                  */s/ Greg Polins*
                                                  Greg Polins

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Plaintiff*,<br><br>v.<br><br>Advanced Bionics, LLC,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-1530-JDW |
| ADVANCED BIONICS, LLC, ADVANCED BIONICS AG, and SONOVA AG,<br><br>*Counterclaim Plaintiffs*,<br><br>v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Counterclaim Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CONTAINS INFORMATION DESIGNATED AS CONFIDENTIAL & CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER** |

**REBUTTAL EXPERT REPORT OF GERALD R. POPELKA, PH.D.**

led to no less than three patents for Advanced Bionics and further led to a tangible clinical benefit in that the Ultra 3D (unlike the SYNCHRONY implant) does not restrict orientation of the patient's head during an MRI procedure.[202] Mr. Gamble, MED-EL Corporation, USA's President and CEO acknowledged that this restriction applies to the MED-EL SYNCHRONY implant but not the Advanced Bionics Ultra 3D implant:

> Q. Is it your understanding that the MED-EL SYNCHRONY implant has a restriction in which the patient is limited to 30 degrees off axis in the MRI machine?
>
> A. It is my understanding that MED-EL has approval by the FDA in our labeling that we can have 30 -- that there is a 30-degree limitation.
>
> Q. And you're aware that th[e] 30-degree limitation is set out in MED-EL's medical procedures manual?
>
> A. That is my understanding, yes.
>
> \* \* \*
>
> Q. Do you understand that the Advanced Bionics HiRes Ultra 3D implant does not have a limitation on head placement in the MRI field?
>
> A. I have an understanding that Advanced Bionics in the United States markets, that they do not have a head limitation.
>
> Q. And there's -- your understanding is that there has been no requirement placed on Advanced Bionics by the FDA to put in a head-placement restriction; is that right?
>
> A. To the best of my knowledge, that would be correct.[203]

107. From a clinical perspective, the Ultra 3D implant's elimination of this head-orientation restriction is very significant, eliminating a sometimes onerous restriction, and also the potential for associated pain. An MRI scan can be a stressful experience to begin with, and

---

[202] Conversation with Dr. Martin Graves; U.S. Patent Nos. 9,919,154, 10,463,849, and 10,821,279.

[203] 9/14/2021 Raymond Gamble Deposition Tr. at 208-210 (objections omitted).

heightened restrictions on head orientation can be a cause for additional stress and discomfort for the patient. For certain patient cohorts, the benefit of the Ultra 3D implant in relation to MED-EL's SYNCHRONY implant is even starker. For example, for bilateral patients who are implanted in both ears, the arc of head orientation permitted by the SYNCHRONY implant is more limited because any head positioning to fulfill the 30 degree requirement for the implant in one ear will by definition position the implant in the other ear and restrict its ability to meet the 30 degree requirement. Likewise, the restrictions on head orientation can be problematic for children who are well known for having difficulty staying still during an MRI procedure. I understand from Dr. Downing that approximately 20% of Advanced Bionics' currently implanted patient population are bilateral patients, with an implant in each ear, and approximately an additional 5% are children under 8 (excluding duplication from those who are also bimodal).[204] According to Dr. Downing, this proportion is likely higher in Europe, where bilateral implantation is more common for pediatric patients. In addition, bilateral implantation is also becoming much more common in the United States.[205] These cohorts of patients and their parents could well view SYNCHRONY's head-orientation restriction as effectively requiring magnet removal, such that MED-EL's "solution" for 3T MRI compatibility is not an effective solution. Additionally, if this restriction is not adhered to, or, as the head position angle gets closer to 30 degrees, there would be additional torque on the magnet, leading to not only discomfort, but also potentially significant pain for patients.

108. The lack of a head orientation requirement on the Ultra 3D implant during an MRI scan in comparison to MED-EL's SYNCHRONY implant provides a further clinical benefit in

---

[204] Conversation with Dr. Mark Downing.
[205] Conversation with Dr. Mark Downing.

that the Ultra 3D implant has been demonstrated to be able to undergo repeated MRIs without demagnetization of the magnet. The magnet in a standard cochlear implant runs the risk of demagnetization from repeated MRIs, leading to the prospect of needing to replace an implant if repeated MRI's are needed.[206] This is true to at least some extent for MED-EL's SYNCHRONY implant, particularly at head angles closer to or above 30 degrees.[207] In contrast, Advanced Bionics' Ultra 3D magnet assembly, by eliminating the head orientation restriction, is designed "to remain functional for life," with testing demonstrating it "keeps going without any risk of demagnetization or damage even after 200 3T MRI routines."[208] Especially for patients who might be motivated by MRI compatibility in the first place, *i.e.*, patients who are interested in avoiding the need for a procedure to remove their magnet in the event they need multiple MRIs, this aspect of the Ultra 3D implant is likely to be seen as more effectively meeting their objective.

109. Further, when considering evolution in cochlear implant products, changes in fitting software over time can also contribute value. Ms. Sarah Downing, a Senior Director of Consumer Outreach and Engagement at Advanced Bionics explained at her deposition that "software is often a vehicle for a product launch," and it is also "not uncommon to have interim versions" with "other enhancements we've rolled out through software."[209] Indeed, Advanced Bionics has launched numerous fitting software changes over the relevant period, both prior to, and after the launch of the Ultra 3D implant. The fitting software SoundWave 3.1 was approved

---

[206] Conversation with Dr. Mark Downing.

[207] Conversation with Dr. Martin Graves.

[208] Advanced Bionics Website, *HiRes Ultra 3 Cochlear Implant*, available at https://www.advancedbionics.com/us/en/home/professionals/hires-ultra-3d-cochlear-implant html

[209] 1/28/2021 Sarah Downing Deposition Tr. at 249.

by FDA on May 17, 2017.[210] Among other features, this software update enabled the CROS technology and ROGER Pen technology that advanced the wireless connectivity of Advanced Bionics' sound processors.[211] This software update was also associated with reduced time and effort for fitting.[212]

110. Similarly, in March 2019, Advanced Bionics launched a new version of its fitting software, SoundWave 3.2.[213] This was reported as allowing audiologists to "provide improved fittings in less time."[214] As I detailed in my previous report, time savings can be an important benefit to audiologists seeking to help maximum numbers of patients.[215] SoundWave 3.2 also enabled Bluetooth connectivity for Naída Q90 processors with Naída CI Connect, a feature developed with Phonak.[216] As I discussed above, wireless connectivity is a significant feature marketed by both Advanced Bionics and MED-EL, and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[217] This software version

---

[210] FDA Website, *PMA Monthly approvals from 5/1/2017 to 5/31/2017*, available at https://www.fda.gov/media/105855/download, at 4.

[211] Advanced Bionics, *SoundWave 3.2*, (AB 00021300), at AB00021302 ("RogerReady"), AB 00021303 (CROS); Advanced Bionics Press Release, *The Naída Link CROS Solution* (July 26, 2017), available at https://www.advancedbionics.com/ca/en/home/about-us/news/press-releases/2017/naida-ci-cross html

[212] Advanced Bionics Presentation, *SoundWave 3.2* (AB 00021300), at AB 00021302.

[213] Advanced Bionics Press Release, *Advanced Bionics Starts 2019 Strong with Innovations Benefiting Consumers and Professionals* (March 18, 2019) (AB 00065502), available at https://www.businesswire.com/news/home/20190318005031/en/.

[214] Advanced Bionics Press Release, *Advanced Bionics Starts 2019 Strong with Innovations Benefiting Consumers and Professionals* (March 18, 2019) (AB 00065502), available at https://www.businesswire.com/news/home/20190318005031/en/.

[215] See my opening report at footnote 449, incorporated here by reference.

[216] Advanced Bionics, *SoundWave 3.2* (AB 00021300), at AB 00021302 ("RogerReady"), AB 00021303 (CROS); Advanced Bionics Press Release, *The Naída Link CROS Solution* (July 26, 2017), available at https://www.advancedbionics.com/ca/en/home/about-us/news/press-releases/2017/naida-ci-cross html; Advanced Bionics Press Release, *Advanced Bionics Starts 2019 Strong with Innovations Benefiting Consumers and Professionals* (March 18, 2019) (AB 00065502), available at https://www.businesswire.com/news/home/20190318005031/en/.

[217] MED-EL, *Competitive SWOT Analysis* (MEDEL-0090140), at MEDEL-0090143.

also added functionality to optimize hearing in quiet environments, called SoftVoice, for improved hearing performance.[218]

111.  Most recently, Advanced Bionics launched the new Naída Marvel series of sound processors that are fitted using Advanced Bionics' new Target CI software.[219]  As Sarah Downing explained at her deposition, the new software incorporates features that can be important to certain patients:

> Q. [D]o you believe that a patient would choose to purchase a Naída product solely because of the SoundWave software?
>
> A. Do I believe a patient would choose Naída solely on the software. I don't believe that that is the main driver, though, as I mentioned, with our current product that we're rolling out now, the Naída Marvel, where we have wireless programming, in a pandemic it is nice to market that you can keep a safe distance from the programmer. That is something I would market to a consumer. I don't know whether or not that would be the sole reason they would choose us, but I certainly hope it would have an impact.[220]

Moreover, I understand that Target CI also allows bimodal fitting of a hearing aid and cochlear implant using the same, Phonak-based software platform.  This is a significant time benefit for audiologists, who have to date had to fit bimodal patients twice:  once for the hearing aid (in one set of software) and a separate fitting for the cochlear implant (in the SoundWave software).

112.  In summary, it is my opinion that most of the value of Advanced Bionics' Ultra 3D implant beyond what is already reflected in earlier product iterations such as the Ultra implant flows from Advanced Bionics' technology, rather than MED-EL's Zimmerling patents.  Advanced

---

[218]  Advanced Bionics, *SoundWave 3.2* (AB 00021300), at AB 00021302 ("RogerReady"), AB 00021303 (CROS); Advanced Bionics Press Release, *The Naída Link CROS Solution* (July 26, 2017), *available at* https://www.advancedbionics.com/ca/en/home/about-us/news/press-releases/2017/naida-ci-cross html at 21305, 21308.

[219]  Advanced Bionics Website, *Designed For Easier, Faster, Smarter Fitting, Target CI*, *available at* https://www.advancedbionics.com/us/en/portals/professional-portal/resources/software-redirect/target-ci.html.

[220]  1/28/2021 Sarah Downing Deposition Tr. at 246.

Bionics has contributed myriad features, including Advanced Bionics' patented advancements underlying the multi-axis rotation of the Ultra 3D's magnet assembly and its ability to align in three dimensions to an external magnetic field. As I discuss, these advancements have led to significant clinical benefits. Likewise, Advanced Bionics' enhancements in accessories, connectivity, and software reflect features that contribute to the value of the Ultra 3D implant. Taken together, and assuming for the sake of argument that the Ultra 3D implant is found to practice the Zimmerling patents, these features contribute more to the value of the Ultra 3D implant than the technology that is the subject of MED-EL's Zimmerling patents. Even to the extent that the remaining value of the Ultra 3D implant beyond what is reflected in earlier product iterations can be attributed to the use of a diametrically magnetized magnet that rotates on a single axis, Advanced Bionics' prior Schmid '681 patent provides at least as significant of a contribution to this technology as do MED-EL's Zimmerling patents. Therefore, under the assumption that the Ultra 3D implant is found to practice the Zimmerling patents, I estimate that the Zimmerling patents contribute no more than a quarter of the value of the Ultra 3D implant beyond that already reflected in earlier product iterations such as the Ultra implant.

* * *

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that all statements made of my own knowledge are true and that all statements made on information and belief are believed to be true. I understand that willful false statements are punishable by fine or imprisonment or both. *See* 18 U.S.C. § 1001.

Date:       December 16, 2021

*Gerald R. Popelka*

Gerald R. Popelka, Ph.D.