IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Plaintiff*,<br><br>v.<br><br>ADVANCED BIONICS, LLC,<br><br>*Defendant.*<br><br>ADVANCED BIONICS, LLC, ADVANCED BIONICS AG, and SONOVA AG,<br><br>*Counterclaim Plaintiffs*,<br><br>v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Counterclaim Defendants.* | C.A. No. 18-1530-JDW |

**ADVANCED BIONICS' MOTIONS *IN LIMINE***

Defendants and Counterclaim Plaintiffs Advanced Bionics, LLC, Advanced Bionics AG, and Sonova AG (collectively, "AB"), by and through their undersigned attorneys, respectfully move the Court to preclude Plaintiffs and Counterclaim Defendants MED-EL Elektromedizinische Geräte Ges.m.b.H. and MED-EL Corporation, USA (collectively, "MED-EL") from (1) offering a new prior use invalidity defense regarding U.S. Patent No. 7,076,308 and new fact witnesses to support this new defense; (2) arguing undisclosed obviousness combinations invalidate the

{01944105;v1 }

asserted claims of U.S. Patent No. 8,270,647; and (3) referring to irrelevant product recall or reliability issues.

The grounds for AB's motions *in limine* are set forth in AB's Brief in Support of Advanced Bionics' Motions *In Limine*, filed with this motion.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
|  | _____ |
|  | Steven J. Balick (#2114) |
|  | Andrew C. Mayo (#5207) |
| *Of Counsel:* | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
| Marcus E. Sernel, P.C. | Wilmington, DE  19899 |
| Greg Polins | (302) 654-1888 |
| Meredith Zinanni | sbalick@ashbygeddes.com |
| Sadaf Misbah | amayo@ashbygeddes.com |
| Tareq M. Alosh |  |
| KIRKLAND & ELLIS LLP | *Attorneys for Defendant* |
| 300 North LaSalle | *Counterclaim- Plaintiffs* |
| Chicago, IL  60654 |  |
| (312) 862-2000 |  |

Dated: September 29, 2023

{01944105;v1 }

2

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 7.1.1

Pursuant to D. Del. L.R. 7.1.1, I hereby certify that the parties made a good faith, reasonable effort to resolve the matters set forth in this motion, including oral communication involving Delaware counsel for the parties, but were unable to reach agreement.

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

{01944105;v1 }