IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Plaintiff*,<br><br>v.<br><br>Advanced Bionics, LLC,<br><br>*Defendant*.<br><br>ADVANCED BIONICS, LLC, ADVANCED BIONICS AG, and SONOVA AG,<br><br>*Counterclaim Plaintiffs*,<br><br>v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>*Counterclaim Defendants*. | **REDACTED - PUBLIC VERSION**<br><br><br><br>C.A. No. 18-1530-JDW |

**ADVANCED BIONICS' MOTION TO STRIKE PORTIONS OF BARRY SUSSMAN'S SUPPLEMENTAL DAMAGES REPORT**

|  |  |
|---|---|
| *Of Counsel:* | Steven J. Balick (#2114) |
|  | Andrew C. Mayo (#5207) |
| Marcus E. Sernel, P.C. | ASHBY & GEDDES |
| Greg Polins | 500 Delaware Avenue, 8th Floor |
| Meredith Zinanni | P.O. Box 1150 |
| Sadaf Misbah | Wilmington, DE  19899 |
| Tareq Alosh | (302) 654-1888 |
| KIRKLAND & ELLIS LLP | sbalick@ashbygeddes.com |
| 300 North LaSalle | amayo@ashbygeddes.com |
| Chicago, IL  60654 |  |
| (312) 862-2000 | *Attorneys for Defendant* |
|  | *Counterclaim- Plaintiffs* |

Dated: December 1, 2023

MED-EL's damages expert served an expert report on November 22, 2023—nearly two years after all prior expert reports and depositions, and just over two weeks before trial—that contains a new theory for calculating the damages for the Overstreet '308 patent. Ex. 1 ¶11, Supp. Ex. D.1.  MED-EL has not disputed that the theory—relying on survey evidence to reduce his calculations based on usage of the infringing feature—was never before presented in any of Mr. Sussman's prior reports.  Ex. 2.  Mr. Sussman's new opinion is untimely, improper and prejudicial, and should be excluded.

Pursuant to Fed.R.Civ.P. 26(a)(2)(D), parties must disclose expert testimony "at the times and in the sequence that the court orders."  When expert testimony is not timely disclosed, the court has the authority to exclude it from evidence.  *See United States v. 68.94 Acres of Land*, 918 F.2d 389, 396 (3d Cir. 1990).  Courts in the Third Circuit consider the *Pennypack* factors to determine whether a failure to disclose was harmless.  *Meyers v. Pennypack Woods Home Ownership Ass'n*, 559 F.2d 894, 904-05 (3d Cir. 1977)).  Those factors strongly favor exclusion of Mr. Sussman's newly-disclosed opinion and supporting Exhibit D.1.

There can be no dispute that AB was surprised by Mr. Sussman's new opinion, presented two weeks *before* trial and nearly two years *after* the close of expert discovery.  *See Pennypack*, 559 F.2d at 904-05. MED-EL cannot present a valid excuse for this untimely disclosure.  *Cirba Inc. v. VMware, Inc.*, No. CV 19-742-GBW, 2023 WL 6799267, at *2 (D. Del. Mar. 30, 2023) ("the prejudice [defendant] would suffer if [expert's] theories were not stricken … favors exclusion," particularly where plaintiff was "aware of [relevant information] for at least two years prior to serving" the report).  MED-EL's counsel contends that Mr. Sussman's new opinion was in response to Ms. Davis's reply report.  Ex. 2.  But that reply report was served in January 2022. Neither MED-EL nor Mr. Sussman sought to serve a further responsive report at the time.  And

Mr. Sussman even confirmed in his deposition (taken after Ms. Davis's reply report) that there was nothing he would "change or otherwise modify" in his timely-served expert reports based on "further reflection or new information" that had come to his attention. Ex. 3, 222-24. Striking of the opinion is thus the proper remedy. *See TQ Delta, LLC v. Adtran, Inc.,* No. 14-CV-954-RGA, 2021 WL 1200594, at *2 (D. Del. Mar. 30, 2021) (granting motion to strike untimely opinion by "simply lay[ing] in wait until the middle of summary judgment briefing to respond to … 'new' opinions made nearly two months earlier.").

MED-EL's introduction of a new theory on the eve of trial prejudices AB, and AB has no reasonable opportunity to cure the prejudice. *See Pennypack*, 559 F.2d at 904-05. The "late stage of litigation …factor[s] against a party's ability to cure prejudice." *Cirba Inc.*, 2023 WL 6799267, at *2. Exclusion would not prejudice MED-EL: Mr. Sussman has already presented an extensive rebuttal report outlining his criticisms of Ms. Davis's opinions and his alternative calculations. The opinion that Mr. Sussman is allegedly responding to was in response to Mr. Sussman's criticism of Ms. Davis's choice of royalty base, and is purportedly based on information contained in AB's technical expert's report. Ex. 4, 11; Ex. 5, 6-7. Thus, Mr. Sussman's new supplemental opinion is not important enough to outweigh the clear prejudice to AB. *Bradley v. Amazon.com, Inc.*, No. CV 17-1587, 2023 WL 2574572, at *15 (E.D. Pa. Mar. 17, 2023), reconsideration denied, 2023 WL 2843788 (E.D. Pa. Apr. 6, 2023) (untimely opinion not "so important to Plaintiff's case that an extension of deadlines would be warranted"); *TQ Delta, LLC*, 2021 WL 1200594, at *2 (even if new opinions "are not entirely fungible with others presented by Plaintiff, their importance does not outweigh the prejudice to Defendant, which received these new opinions during the middle of summary judgment briefing.").

Mr. Sussman's untimely opinion in paragraph 11 and Supp. Ex. D.1 should be stricken.

|  |  |
|---|---|
| *Of Counsel:*<br><br>Marcus E. Sernel, P.C.<br>Greg Polins<br>Meredith Zinanni<br>Sadaf Misbah<br>Tareq Alosh<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>(312) 862-2000<br><br>Dated:  December 1, 2023 | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant*<br>*Counterclaim- Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2023, the attached **ADVANCED BIONICS' MOTION TO STRIKE PORTIONS OF BARRY SUSSMAN'S SUPPLEMENTAL DAMAGES REPORT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Kerry Timbers, Esquire<br>SUNSTEIN LLP<br>100 High Street<br>Boston, MA  02110 | VIA ELECTRONIC MAIL |
| Georg Reitboeck, Esquire<br>Haug Partners LLP<br>745 Fifth Avenue, 10th Floor<br>New York, NY 10151 | VIA ELECTRONIC MAIL |

*/s/ Andrew C. Mayo*

Andrew C. Mayo