IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA, <br><br> *Plaintiff*, <br><br> v. <br><br> ADVANCED BIONICS, LLC, <br><br> *Defendant*. <br><br> ADVANCED BIONICS, LLC, ADVANCED BIONICS AG, and SONOVA AG, <br><br> *Counterclaim Plaintiffs*, <br><br> v. <br><br> MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA, <br><br> *Counterclaim Defendants*. | C.A. No. 18-1530-JDW |

## ORDER AND JUDGMENT

**AND NOW**, this 8th day of November, 2024, the Court having held a jury trial and the jury having rendered a unanimous verdict on December 14, 2023 (D.I. 430, 431), the Court having ruled on the parties' post-trial motions (D.I. 458), and upon consideration of the parties' Joint Motion to Amend the Judgment, it is ORDERED as follows:

1. Judgment is entered in favor of Counterclaim Plaintiffs Advanced Bionics, LLC, Advanced Bionics AG, and Sonova AG (together "Advanced Bionics") and against Counterclaim Defendants MED-EL Elektromedizinische Gerate Ges.m.b.H. and MED-EL Corporation, USA (together "MED-EL") on the Seventh Counterclaim (Infringement of U.S. Patent No. 7,076,308 (the "'308 Patent")) of Advanced Bionics, LLC's Answer And Defenses, And Advanced Bionics, LLC, Advanced Bionics AG, And Sonova AG's

{02066411;v1 }

    First Amended Counterclaims (D.I. 49) with respect to Advanced Bionics's claim of willful infringement of claims 2 and 3 of the '308 Patent;

2. Judgment is entered in favor of Advanced Bionics and against MED-EL in the amount of $1,422,079.54 as a result of MED-EL's infringement of the '308 Patent through January 24, 2024;

3. Judgment is entered in favor of Advanced Bionics and against MED-EL on the First Counterclaim (Declaratory Judgment of Invalidity of U.S. Patent No. 8,270,647) (the "'647 Patent")) of MED-EL's Answer, Affirmative Defenses, And Counterclaims To Advanced Bionics, LLC's Answer And Defenses, And Advanced Bionics, LLC, Advanced Bionics AG, And Sonova AG's First Amended Counterclaims (D.I. 56) with respect to the '647 Patent;

4. Judgment is entered in favor of Advanced Bionics and against MED-EL on the Eighth Counterclaim (Infringement of U.S. Patent No. 8,270,647) of Advanced Bionics, LLC's Answer And Defenses, And Advanced Bionics, LLC, Advanced Bionics AG, And Sonova AG's First Amended Counterclaims (D.I. 49) with respect to Advanced Bionics's claim of willful infringement of claims 16, 19, and 21 of the '647 Patent;

5. Judgment is entered in favor of Advanced Bionics and against MED-EL in the amount of $80,122 as a result of MED-EL's infringement of the '647 Patent;

6. Prejudgment interest in favor of Advanced Bionics and against MED-EL is awarded in the amount of $468,325 as a result of MED-EL's infringement of the '308 Patent and '647 Patent through January 24, 2024;

7. Post-judgment interest in favor of Advanced Bionics and against MED-EL is awarded at the statutory rate for a total of $188/day for the period January 25, 2024 through entry of the amended judgment;

8. Judgment is entered in favor of Advanced Bionics and against MED-EL in the amount of $110,425.50 for ongoing royalties for the period January 25, 2024 through July 26, 2024 (the expiration of the '308 patent);

9. Post-judgment interest in favor of Advanced Bionics and against MED-EL is awarded at the statutory rate for a total of $267/day starting upon entry of the amended judgment;

10. Count Seven of Advanced Bionics' Amended Counterclaim (D.I. 49) against MED-EL for infringement with regard to only claim 1 of the '308 Patent and Counts Eleven and Twelve of MED-EL's Counterclaim (D.I. 56) against Advanced Bionics for non-infringement and invalidity with regard to only claim 1 of the '308 Patent are dismissed with prejudice;

11. Count One of MED-EL's Counterclaim (D.I. 56) for invalidity of the '647 Patent with respect to claims 7-11 is dismissed without prejudice in light of the court's order granting summary judgment of non-infringement with respect to claims 7-11 of the '647 Patent;

12. Count Six of Advanced Bionics' Amended Counterclaim (D.I. 49) against MED-EL for infringement of claim 3 of the '747 Patent and Count Four of MED-EL's Counterclaim (D.I. 56) against Advanced Bionics for non-infringement of claim 3 of the '747 Patent are dismissed without prejudice in light of the court's order granting summary judgment of invalidity with respect to claim 3 of the '747 Patent;

13. Counts Three and Four of Advanced Bionics' Amended Counterclaims (D.I. 49) for invalidity of U.S. Patent No. RE46,057 (the "'057 Patent) and U.S. Patent No. 8,634,909 (the "'909 Patent") are dismissed without prejudice in light of the court's order granting summary judgment of non-infringement with respect to the '057 and '909 Patents;

14. Count Nine of Advanced Bionics' Amended Counterclaim (D.I. 49) against MED-EL for infringement of U.S. Patent No. 8,155,746 (the "'746 Patent") and Counts Five and Six of MED-EL's Counterclaim (D.I. 56) against Advanced Bionics for non-infringement and invalidity of the '746 Patent, are dismissed as moot;

15. Count Ten of Advanced Bionics' Amended Counterclaim (D.I. 49) against MED-EL for infringement of U.S. Patent No. 7,267,847 (the "'847 Patent") and Counts Seven and Eight of MED-EL's Counterclaim (D.I. 56) against Advanced Bionics for non-infringement and invalidity of the '847 Patent, are dismissed as moot; and

16. Count Six of Advanced Bionics' Amended Counterclaim (D.I. 49) against MED-EL for infringement of claims 1-2 and 4-7 of U.S. Patent No. 8,155,747 (the "'747 Patent") and Counts Three and Four of MED-EL's Counterclaim (D.I. 56) against Advanced Bionics for non-infringement and invalidity of claims 1-2 and 4-7 of the '747 Patent are dismissed as moot.

17. As of November 8, 2024, the damages, ongoing royalties, prejudgment interest, and post-judgment interest totals $2,135,284.04, which reflects the full amount of damages awarded to Advanced Bionics, except that Advanced Bionics is entitled to an additional $188/day in post-judgment interest accruing starting November 9, 2024 through the date this amended judgment is entered, and $267/day in post-judgment interest accruing after the amended judgment is entered until the date of payment of the judgment.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.