IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>ADVANCED BIONICS, LLC,<br><br>　　　　　Defendant.<br><br>ADVANCED BIONICS, LLC, ADVANCED BIONICS AG, and SONOVA AG,<br><br>　　　　　Counterclaim Plaintiffs,<br>　v.<br><br>MED-EL ELEKTROMEDIZINISCHE GERÄTE GES.M.B.H. and MED-EL CORPORATION, USA,<br><br>　　　　　Counterclaim Defendants. | C.A. No. 18-1530-JDW |

## **STIPULATION**

Plaintiffs and Counterclaim Defendants MED-EL Elektromedizinische Geräte Ges.m.b.H. and MED-EL Corporation, USA (together, "MED-EL") and Defendant and Counterclaim Plaintiffs Advanced Bionics, LLC, Advanced Bionics AG, and Sonova AG (collectively, "Advanced Bionics" and together with MED-EL, the "Parties"), hereby stipulate and agree, by and through their undersigned attorneys:

1.　　That the Parties have entered a settlement agreement that resolves the claims made and defenses raised in the present action and have agreed to the entry of this stipulated order;

2.　　That the Court's Order and Judgment (D.I. 464) shall be marked SATISFIED;

3. That neither Party shall make any motion or take any further action to enforce, by execution or otherwise, the Order and Judgment (D.I. 464), or enforce or seek any other judgment, remedy, or relief in this action;

4. That Advanced Bionics shall not make any claim for payment against the supersedeas bond that was lodged in this action (D.I. 468-1; *see also* D.I. 469) and that the supersedeas bond be released; and

5. That any and all remaining parts of this action shall be dismissed with prejudice, with any and all outstanding motions and rights of appeal waived, and with each Party to bear its own litigation costs, attorney fees, and other expenses arising from or related to this action, and that this action shall be administratively closed.

| | |
|---|---|
| */s/ Christine D. Haynes* | */s/ Steven J. Balick* |
| Frederick L. Cottrell, III (#2555) | Steven J. Balick (#2114) |
| Christine D. Haynes (#4697) | Andrew C. Mayo (#5207) |
| RICHARDS, LAYTON & FINGER, P.A. | ASHBY & GEDDES |
| One Rodney Square | 500 Delaware Avenue |
| 920 North King Street | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 654-1888 |
| cottrell@rlf.com | sbalick@ashbygeddes.com |
| haynes@rlf.com | amayo@ashbygeddes.com |
| | |
| *Attorneys for Plaintiffs/Counterclaim Defendants* | *Attorneys for Defendant/Counterclaim Plaintiffs* |

SO ORDERED this  2nd  day of    June               , 2025

/s/ Joshua D. Wolson
UNITED STATES DISTRICT JUDGE